UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK ANDERSON on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> THE HUMMUS & PITA COMPANY, LLC. <br><br> Defendant. | Docket No: 1:24-cv-02373 <br><br> **NOTICE OF SETTLMENT** |

Now comes the Plaintiff by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. As of the date of this Notice, a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties jointly and respectfully request that the Court stay this case and adjourn all upcoming deadlines and conferences for forty-five (45) days.

   Dated:    Hicksville, New York

   May 29, 2025

                                             Respectfully submitted,

                                             /s/ *Mars Khaimov*

                                             Mars Khaimov, Esq.
                                             Mars Khaimov Law, PLLC
                                             100 Duffy Ave., Suite 510
                                             Hicksville, NY 11801
                                             mars@khaimovlaw.com